No. 98–846. STENCEL v. EMARD. C. A. 9th Cir. Certiorari denied.

No. 98–854. THOMAS v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 98–862. WATSON v. FIRST NATIONAL BANKCARD CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–865. ANR PIPELINE CO. ET AL. v. LAFAVER, SECRETARY, KANSAS DEPARTMENT OF REVENUE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–872. TAHARA v. MATSON TERMINALS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–883. MICHIGAN AUTOMOTIVE RESEARCH CORP. v. MICHIGAN DEPARTMENT OF TREASURY. Ct. App. Mich. Certiorari denied.

No. 98–887. MILLER v. MILLER. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 98–891. HIRSCHFELD v. ZLAKET, CHIEF JUSTICE, ARIZONA SUPREME COURT, ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 98–894. SCOTT v. OHIO. Ct. App. Ohio, Mahoning County. Certiorari denied.

No. 98–900. COLLIN v. UNIVERSITY OF VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–901. TOKHEIM v. COMMODITY FUTURES TRADING COMMISSION. C. A. 7th Cir. Certiorari denied.